1:25CV-534

**JS 44** (Rev. 10/20)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Kristin Beaver

**DEFENDANTS**
Capital Region BOCES

**(b)** County of Residence of First Listed Plaintiff: Schenectady
County of Residence of First Listed Defendant: Albany

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se  518-441-0193
Kristin Beaver
449 Githa Road Delanson NY 12053

Attorneys *(If Known)*
Bethany Centrone

**II. BASIS OF JURISDICTION**
[X] 3 Federal Question
[X] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
Citizen of This State: [X] PTF 1  [X] DEF 1
Incorporated or Principal Place of Business In This State: PTF 4 [X] DEF

**IV. NATURE OF SUIT**
(checked) 790 Other Labor Litigation

**V. ORIGIN**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing: New York labor law 740 & 741
Brief description of cause: Whistleblower, ADA violations, violation of employment laws

**VII. REQUESTED IN COMPLAINT:**
JURY DEMAND: [X] Yes

**VIII. RELATED CASE(S) IF ANY**

DATE: 4/6 
SIGNATURE OF ATTORNEY OF RECORD: K Beaver

**FOR OFFICE USE ONLY**
RECEIPT #: 100000766
AMOUNT: $405
JUDGE: AJB  MAG. JUDGE: PJE

---

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 01 2025
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Albany

JS 44 Reverse (Rev. 10/20)

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)